IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGIE BROWN, | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) Case Nos. 2:13-cv-08037-LSC-TMP |
| | )             2:12-cv-00090-LSC-TMP |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On November 18, 2014, the magistrate judge filed his Report and Recommendation (doc. 16) in the above-styled, recommending that Angie Brown's ("Movant") motion to vacate be DENIED and DISMISSED as to Movant's claims (1), (2), (3), and (4)(a)-(h), and that Movant's claim 4(i) be reserved for an evidentiary hearing. To date, no objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all materials in the court file relevant to the case, the court finds that the report is due to be ADOPTED and the recommendation ACCEPTED. A corresponding order shall be entered contemporaneously herewith.

Done this 9th day of December 2014.

                              /s/ L. Scott Coogler
                              L. Scott Coogler
                              United States District Judge

[160704]